IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br><br>GREGORY LUKASSEN,<br>　　　　　Defendant. | 8:20-CR-268<br><br>ORDER |

　　　　This matter is before the Court for its review of the Magistrate Judge's Findings and Recommendation, Filing 49, denying Defendant's Motion to Suppress, Filing 22. Defendant timely filed an Objection to the Court's Findings and Recommendation, challenging the Magistrate Judge's ruling. Filing 50. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the Magistrate Judge's Findings and Recommendation. The Court concurs in the Magistrate Judge's factual findings and legal analysis. Accordingly,

IT IS ORDERED:

1. Defendant's Objection to the Court's Findings and Recommendation, Filing 50, is overruled;

2. The Magistrate Judge's Findings and Recommendation, Filing 49, is adopted;

3. Defendant's Motion to Suppress, Filing 22, is denied; and

4. The Clerk of Court is ordered to terminate the pending motions at Filing 22, Filing 49, Filing 50, and Filing 52.

　　　　Dated this 6th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　United States District Judge