IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GREGORY LUKASSEN, ) <br> ) <br> Defendant ) <br> ) | 8:20CR268 <br><br> ORDER |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [57]. Counsel needs additional time to finish investigating Defendant's defense and share the results with Defendant in order to determine whether to proceed to trial or resolve this matter short of trial. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [57] is granted as follows:

1. The jury trial, now set for January 18, 2022, is continued to **April 19, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 19, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: January 3, 2022.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**