**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:20CR268** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **GREGORY LUKASSEN,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [59]. For the reasons set forth in the motion, the undersigned magistrate judge finds good cause for the requested continuance. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [59] is granted as follows:

1.  The jury trial, now set for April 19, 2022, is continued to **July 5, 2022.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 5, 2022,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: March 25, 2022**

**BY THE COURT:**

**s/ Susan M. Bazis
United States Magistrate Judge**